UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE MANATAD,<br><br>        Plaintiff,<br><br>   v.<br><br>WALMART, INC., a foreign corporation, registered and doing business in Washington as WALMART #5195; and,<br>"JOHN DOE CORPORATION" an unknown entity,<br><br>        Defendants. | NO. 2:18-cv-01547-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

Plaintiff DALE MANATAD and Defendant WALMART INC. (incorrectly identified in the operative Complaint as WALMART "," INC.) by and through their respective attorneys of record, hereby stipulate and agree that all claims against Defendant WALMART INC. may be dismissed in their entirety, with prejudice, and without costs and/or attorney fees to any party.

\\\

\\\

\\\

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS - 1
(2:18-cv-01547-RSM)

7000384.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | |
|---|---|
| DATED this 3rd day of January, 2020. | DATED this 3rd day of January, 2020. |
| WILLIAMS, KASTNER & GIBBS PLLC | JACOBS & JACOBS |
| By *s/Eddy Silverman*<br>    Rodney L. Umberger, WSBA No. 24948<br>    Eddy Silverman, WSBA No. 53494<br><br>Two Union Square<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Phone: 206.628.6600<br>Fax:    206.628.6611<br>Email: rumberger@williamskastner.com<br>           esilverman@williamskastner.com | By *s/Matter Renda, with permission*<br>    Matt Renda, WSBA No. 31155<br><br>114 E. Mecker Ave<br>PO Box 513<br>Puyallup, WA 98371<br>Phone: 253.845.0577<br>Fax:    253.845.9060<br>Email:mrenda@jacobsanjacobs.net |
| *Counsel for Defendant Walmart Inc.* | *Counsel for Plaintiff* |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiff DALE MANATAD and Defendant WALMART INC. to dismiss all claims against WALMART INC. with prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised now ORDERED as follows:

All claims against Defendant WALMART INC. are hereby dismissed with prejudice and without costs and/or attorney fees as to any party.

IT IS SO ORDERED BY THE COURT.

DATED this 8 day of January 2020.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS - 2
(2:18-cv-01547-RSM)

7000384.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

PRESENTED BY:

WILLIAMS KASTNER & GIBBS PLLC


By *s/Eddy Silverman*
    Rodney L. Umberger, WSBA No. 24948
    Eddy Silverman, WSBA No. 53494
    601 Union Street, Suite 4100
    Seattle, WA 98101-2380
    **Counsel for Defendant Walmart Inc.**

APPROVED AS TO FORM AND CONTENT BY:

JACOBS & JACOBS


By *s/Matt Renda, with permission*
    Matt Renda, WSBA No. 31155
    114 E. Mecker Ave
    Puyallup, WA 98371
    **Counsel for Plaintiff**

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS - 3
(2:18-cv-01547-RSM)

7000384.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600